

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2020

No. 04-20-00131-CV

Clint Harrison **ELLER**,
Appellant

v.

Dad **P** as next friend to T.P. a Minor,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18-383A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The reporter's record was originally due March 24, 2020, but was not filed. On March 31, 2020, the court reporter filed a notification of late record, stating that the reporter's record was not filed because appellant had failed to request the record in writing. We therefore **ORDER** appellant to provide written proof to this court **by April 13, 2020** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* Tex. R. App. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to request the record is writing, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court